## AFFIDAVIT IN SUPPORT OF APPLICATION FOR
## ISSUANCE OF ARREST WARRANT

I, Kendall Brown, Task Force Officer, Drug Enforcement Administration (DEA), Hampton, Virginia, being duly sworn, state the following:

1.    I am a Task Force Officer with the United States Drug Enforcement Administration (DEA), where I have worked since August 2014. I have been employed as a police officer for 22 years in Hampton, Virginia, spending over ten years of that time assigned to a narcotics investigation unit. I have received specialized training regarding the detection and investigation of drug trafficking organizations while with the police department and DEA. I have also acquired knowledge regarding these subject areas through practical experience by participating in narcotics investigations during my work with the police department and DEA.

1.    Your affiant makes this affidavit in support of an application for an arrest warrant for the following individuals:

Luis Carlos Garces PAYAN,

Victor Alfonso Sanchez QUINTERO,

Jerkeym Jimark Lopez BUSTOS

Fernando Guido BALTODAHO

This request for an arrest warrant is made in relation to the following offenses occurring in the Eastern District of Virginia (EDVA) and elsewhere:

      a.   Manufacture, Distribution, or Possession of a Controlled Substance on a vessel in violation of Title 46, U.S.C. Section 70503

Your affiant is aware these crimes may be prosecuted in any district of the United States. (46 U.S.C. § 70504).

1

KCB

## FACTS AND CIRCUMSTANCES

2.      Since November 2018, members of the DEA Hampton Post of Duty, in partnership with DEA Bogota and HSI Norfolk, have been investigating maritime smuggling operations based on the Pacific coast of Colombia.  Your affiant is aware that drug trafficking organizations will utilize vessels such as Go-Fast Vessels, hereafter referred to as GFV, to transport multi-hundred kilogram shipments of narcotics from the west coast of Colombia to awaiting transfer vessels or destinations throughout Central America or Mexico.

3.      On October 8, 2020, while on routine patrol in international waters, the United States Coast Guard Cutter (USCGC) Seneca was dispatched to intercept a GFV that had been located by a maritime patrol aircraft approximately 81 nautical miles south of Punto Morro De Puerco, Panama. USCGC Seneca launched a helicopter and a smaller patrol boat with a boarding team to interdict the suspect vessel.  The USCG boarding team obtained positive control of the GFV where suspected contraband was observed in plain view on the deck.  USCGC Seneca personnel made contact with four crew members on board, while in international waters, and identified the crew members as Luis Carlos Garces PAYAN, Victor Alfonso Sanchez QUINTERO, Jerkeym Jimark Lopez BUSTOS and Fernando Guido BALTODAHO.  PAYAN and QUINTERO claimed Colombian nationality while BUSTOS and BALTODAHO claimed Costa Rican nationality.

4.      The GFV yielded no visible flag, no registration documents, no registration number on the hull, no homeport on the hull, no painted on markings and no vessel name on the hull.  The government of Colombia could neither confirm nor deny nationality of the vessel. USCGC Seneca personnel subsequently seized approximately 61.5 bales containing approximately 1,260 kilograms of cocaine, a schedule II narcotic controlled substance.  All four mariners found aboard the GFV were detained and are being transferred to the Eastern District of Virginia for prosecution.

Based on the above, I believe that there is probable cause to believe that a violation of

2

KCS

Title 46 U.S.C., Section 70503 has been committed by, Luis Carlos Garces PAYAN, Victor Alfonso Sanchez QUINTERO, Jerkeym Jimark Lopez BUSTOS and Fernando Guido BALTODAHO.

Kendell Brown
Task Force Officer
Drug Enforcement Administration

Read and Approved:

Eric M. Hurt
Assistant United States Attorney

Sworn and subscribed to before me telephonically
On this 21st day of October 2020

Douglas E. Miller, USMJ
2020.10.21 10:07:13
-04'00'

Douglas E. Miller
United States Magistrate Judge
Norfolk, Virginia

3